IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOFTSPIKES, LLC and PRIDE MANUFACTURING, LLC, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. _____ ) ) |
| MACNEILL ENGINEERING COMPANY, INC., | ) ) ) |
| Defendant. | ) |

### PLAINTIFF SOFTSPIKES, LLC'S RULE 7.1 STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a), plaintiff Softspikes, LLC states that it has no publicly traded parent corporation and that no publicly traded corporation owns 10% or more of its stock.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Maryellen Noreika
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
Paul Saindon (#5110)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com
psaindon@mnat.com

*Attorneys for Softspikes, LLC and Pride Manufacturing, LLC*

July 29, 2008