IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOFTSPIKES, LLC and PRIDE MANUFACTURING, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> MACNEILL ENGINEERING COMPANY, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. _____ <br> ) <br> ) <br> ) <br> ) <br> ) |

**PLAINTIFF PRIDE MANUFACTURING, LLC'S RULE 7.1 STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1(a), plaintiff Pride Manufacturing, LLC states that it has no publicly traded parent corporation and that no publicly traded corporation owns 10% or more of its stock.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Maryellen Noreika

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
Paul Saindon (#5110)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com
psaindon@mnat.com

*Attorneys for Softspikes, LLC and Pride Manufacturing, LLC*

July 29, 2008